Keffel & Jump
2130 Arlington Avenue
Columbus, OH 43221

Date:    11/22/2010

Comer, David and Melissa
39 S. 36th Street
Newark, OH 43055

Regarding:    Comer, David & Melissa
Invoice No:   00682

## Services Rendered

| Date | Staff | Bill Code Description | Markup% | Rate | DNB Hours | Hours | No Chg | Amount | Status | Adj Val | Billed Val |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/10/2010 | KG | Claims Review due to increased expenses; reviewed claims and payments | | | | | | | | 0.80 | |
| 10/10/2010 | KG | Drafted modification to lower payment and mailed to clients to sign | | | | | | | | 1.00 | |
| 10/19/2010 | KG | Received signed modification and reviewed; checked for updated claims and payments | | | | | | | | 0.30 | |
| 10/19/2010 | KG | Reviewed income and expenses and drafted amended schedules I & J | | | | | | | | 0.40 | |
| 10/19/2010 | KG | ECF filed modification and schedules | | | | | | | | 0.20 | |
| 11/15/2010 | KG | Drafted and filed proposed order on modification | | | | | | | | 0.40 | |
| 11/22/2010 | KG | Received and reviewed signed order on modification | | | | | | | | 0.20 | |

Total Fees    $610.50

Total New Charges    $610.50

## Staff Summary

| Name | Position | Hours | Rate | Fees |
|---|---|---|---|---|
| Kathy Granger | Attorney | 3.30 | $185.00 | $610.50 |