UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO**COLUMBUS

IN RE:  
DAVID J COMER  
MELISSA S COMER

CASE NO: 09-63558-CKP  
CHAPTER 13

Debtor (s)

## NOTICE OF CHANGE OF ADDRESS

EDUCATIONAL CREDIT MANAGEMENT CORPORATION, hereby gives notice that all presently held or future payments and correspondences to the creditor for the Court claim number 3 should be sent to the following address:

OLD ADDRESS:

Educational Credit Management Corp.  
Lockbox #8682  
PO Box 75848  
St. Paul, MN 55175-0848

Educational Credit Management Corp.  
P.O. Box 75906  
St. Paul, MN 55175

NEW ADDRESS:

Please send all PAYMENTS to:  
Educational Credit Management Corp.  
Lockbox #8682  
PO Box 16478  
St. Paul, MN 55116-0478

Please send all CORRESPONDENCE to:  
Educational Credit Management Corp.  
PO Box 16408  
St. Paul, MN 55116-0408

Educational Credit Management Corporation

By: _____  
Melissa Aune, Bankruptcy Representative  
Educational Credit Management Corporation  
PO Box 16408  
St. Paul, MN 55116-0408  
Ph: 888-363-4562

Date: **January 15, 2015**

CERTIFICATE OF SERVICE

I hereby certify that upon its filing with the Office of the Clerk, a copy of the foregoing Notice of Change of Address was served on the following register ECF participants, electronically through the court's ECF System at the email address register with the court:

Frank M Pees
130 East Wilson Bridge Road
Suite 200
Worthington, OH 43085

US Trustee
Office of U.S. Trustee
170 North High Street Suite 200
Columbus, OH 43215

W Mark Jump
2130 Arlington Avenue
Columbus, OH 43221

By: _____
Melissa Aune, Bankruptcy Representative
Educational Credit Management Corporation
PO Box 16408
St. Paul, MN 55116-0408